# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PATRICIA FAJARDO-GUEVARA (# 05716-095)          CIVIL ACTION

VERSUS

UNITED STATES OF AMERICA          NO. 16-0488-BAJ-EWD

## R U L I N G

In July 2016, *pro se* Petitioner, a federal prisoner confined at the Federal Correctional Institute, Aliceville, Alabama, commenced this habeas corpus proceeding pursuant to 28 U.S.C. § 2241, asserting a challenge to her federal conviction entered in 2012 in the Middle District of Louisiana on charges of possession with intent to distribute cocaine. Petitioner asserts that the Middle District Court lacked jurisdiction to prosecute her because it failed to show that the United States had ownership of the place where the crime was convicted and that the State had ceded jurisdiction.

Pursuant to correspondence forwarded to Petitioner in October, 2016 and thereafter in March, 2017, *see* R. Doc. 2, the Court directed Petitioner to re-submit her habeas corpus application within twenty-one (21) days on the Court's approved forms. The Court's correspondence specifically advised Petitioner that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice." *Id.*

A review of the record by the Court reflects that despite notice and an opportunity to appear, Petitioner has failed to respond to the Court's directives as required. Instead, it appears

that she has filed a properly completed application for federal habeas corpus relief in the original criminal proceeding, Criminal Action No. 10-CR-0151-BAJ-EWD, attacking the criminal conviction entered therein and asserting claims of ineffective assistance of counsel that are unrelated to the claims asserted herein. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED,** without prejudice, for failure of Petitioner to correct the deficiency of which she was notified. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 7th day of June, 2017.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**